IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Bullock, Tonya M

Printed: 10/22/08

Case Number:  05 B 26538
Judge: Goldgar, A. Benjamin
Filed:  7/5/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed:  October 2, 2008
Confirmed:  August 16, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 18,750.00 |  |
| Secured: |  | 13,562.38 |
| Unsecured: |  | 927.35 |
| Priority: |  | 263.00 |
| Administrative: |  | 2,894.00 |
| Trustee Fee: |  | 1,021.42 |
| Other Funds: |  | 81.85 |
| Totals: | 18,750.00 | 18,750.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Adams & Associates | Administrative | 2,894.00 | 2,894.00 |
| 2. | CPS Auto Rec Trust | Secured | 13,562.38 | 13,562.38 |
| 3. | Illinois Dept of Revenue | Priority | 263.00 | 263.00 |
| 4. | Asset Acceptance | Unsecured | 27.05 | 27.05 |
| 5. | Illinois Dept Of Employment Sec | Unsecured | 658.60 | 658.60 |
| 6. | ECast Settlement Corp | Unsecured | 34.33 | 34.33 |
| 7. | Corporate America Family CU | Unsecured | 201.74 | 201.74 |
| 8. | Illinois Dept of Revenue | Unsecured | 5.63 | 5.63 |
| 9. | Robert J Adams & Associates | Priority |  | No Claim Filed |
| 10. | American International | Unsecured |  | No Claim Filed |
| 11. | AMCA | Unsecured |  | No Claim Filed |
| 12. | Pay Day Loans | Unsecured |  | No Claim Filed |
| 13. | American International | Unsecured |  | No Claim Filed |
| 14. | Columbia House | Unsecured |  | No Claim Filed |
| 15. | Bonded Collection Agency | Unsecured |  | No Claim Filed |
| 16. | Comcast | Unsecured |  | No Claim Filed |
| 17. | ICS | Unsecured |  | No Claim Filed |
| 18. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 19. | MRSI | Unsecured |  | No Claim Filed |
| 20. | Loan Shop | Unsecured |  | No Claim Filed |
|  |  |  | $ 17,646.73 | $ 17,646.73 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Bullock, Tonya M

Printed: 10/22/08

Case Number:  05 B 26538
Judge:  Goldgar, A. Benjamin
Filed:  7/5/05

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 288.75 |
| 5% | 75.00 |
| 4.8% | 144.00 |
| 5.4% | 324.00 |
| 6.5% | 189.67 |
| | $ 1,021.42 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

